443 A.2d 367

Commonwealth v. Hawkins, Appellant.

Reargument Denied April 13, 1982.

Argued April 29, 1981. G. William Bills, Jr., for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and HOFFMAN, JJ.

Order affirmed.